**ROBERT KRASE, ESQ., #073388**
**LEE GUTHRIE, ESQ., #181376**
**THE LAW OFFICES OF ROBERT KRASE**
132 East Morton Avenue
Porterville, California 93257
Telephone: (559) 784-2353

Attorney for Plaintiff, Webb & Son

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF: WEBB & SON AND WEBB & SON,<br><br>            Plaintiff,<br><br>v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, T.E. SERVICES CORPORATION, AND DOES 1 THROUGH 50,<br>            Defendant. | Case No. 1:07-CV-01330<br>Dist. Ct. No.<br><br>**ORDER OF DISMISSAL** |

TO INTERNATIONAL FIDELITY INSURANCE COMPANY, T.E. SERVICES CORPORATION THEIR ATTORNEYS OF RECORD AND ALL INTERESTED PARTIES:

Plaintiff, United States of America for the Use and Benefit of: WEBB & SON and Webb & Son, pursuant to Federal Rule of Civil Procedure 41(a)(1)(I), hereby request that the Court dismiss this action with prejudice in its entirety.

Dated: _____

                                            _____
                                            LEE GUTHRIE, Attorney for Use-Plaintiff, and Plaintiff Webb & Son

1
2  IT IS SO ORDERED.
3  **Dated:   January 9, 2008**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28